UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JEFFERY McCRORY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:11-cv-837-JMS-MJD |
| | ) | |
| ANDERSON POLICE DEPT., el al., | ) | |
| | ) | |
| Defendants. | ) | |

## E N T R Y

The plaintiff's amended and supplemental complaint filed on August 11, 2011 [11], is of **no effect** because of the final judgment entered on August 5, 2011. *Figgie Int'l Inc. v. Miller*, 966 F.2d 1178, 1179 (7th Cir. 1992).

**IT IS SO ORDERED.**

Date: 08/12/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffery McCrory
DOC #197273
Pendleton - CIF
Inmate Mail/Parcels
5124 Reformatory Road
Pendleton, IN 46064